No. 867. BROWN *v.* SOUTH CAROLINA. Decided April 27, 1936. *Per Curiam:* The appeal herein is dismissed for the want of a final judgment. *Bostwick* v. *Brinkerhoff,* 106

640

U. S. 3; *Meagher* v. *Minnesota Thresher Mfg. Co.*, 145 U. S. 608, 610, 611; *Georgia Ry. Co,* v. *Decatur*, 262 U. S. 432, 437; *Moran* v. *Loudoun National Bank*, 297 U. S. 698. *Mr. Sam M. Wolfe* for appellant. No appearance for appellee.